UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAPAZIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05490-WHO<br><br>**ORDER TO SHOW CAUSE** |

On November 17, 2022, I issued an order dismissing without leave to amend plaintiff's claims against defendant J.P. Morgan Chase Bank, N.A. ("Chase") and dismissing with limited leave to amend plaintiff's fraud and HBOR claims against defendant Select Portfolio Servicing, Inc. ("SPS"). Dkt. No. 22.

Plaintiff filed a First Amended Complaint on December 9, 2022. Chase moved to strike the claims plaintiff reasserted against it in the FAC and argues a separate judgment should be entered in its favor. Dkt. No. 25. SPS moved to dismiss the remaining claims asserted against it, arguing plaintiff failed to follow the requirements of my November Order because he failed to allege facts showing a material violation of HBOR and facts supporting his fraud claim. Dkt. No. 27.

Plaintiff's oppositions or other responses to those motions were due in early January. To date, no opposition or other response has been filed.

Plaintiff is **Ordered to Show Cause** why this case should not be dismissed in full, by filing a response or opposition to the pending motions by **February 8, 2023**. If a response or opposition is not filed by that date, this case will be dismissed as to both defendants with prejudice

1  for failure to prosecute under Rule 41(b) and for the reasons outlined in the November 2022
2  Order.
3      The hearing set for February 8, 2023 hearing is VACATED.
4      **IT IS SO ORDERED.**
5      Dated: January 26, 2023



William H. Orrick
United States District Judge