1

2

3

4                              UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    AARON PAPAZIAN,                             Case No. 22-cv-05490-WHO

8                  Plaintiff,

9          v.                                    **ORDER DISMISSING CASE WITH**
                                                 **PREJUDICE**
10   SELECT PORTFOLIO SERVICING, et al.,

11                 Defendants.

12

13         On November 11, 2022, I granted the motion to dismiss of defendant JPMorgan Chase

14   Bank, N.A. ("Chase"), dismissing all claims asserted against Chase with prejudice.  Dkt. No.  22.

15   I also granted the motion to dismiss of defendant Select Portfolio Servicing, Inc. ("SPS"), but

16   granted plaintiff limited leave to amend to attempt to allege sufficient facts in support of his claims

17   against SPS sounding in fraud and for violation of California's Homeowners Bill of Rights

18   ("HBOR," California Civil Code § 2923.5). *Id.*

19         Plaintiff filed an Amended Complaint reasserting his claims against Chase and SPS.  Dkt.

20   No. 23.  Chase moved to strike the Amended Complaint (in light of my prior Order dismissing

21   them with prejudice) and SPS moved to dismiss the remaining claims asserted against it as

22   insufficiently pleaded.  Dkt. Nos. 25, 27.

23         Plaintiff did not file an opposition or other response to either of those motions.  Therefore,

24   on January 26, 2023, I issued an Order to Show Cause requiring plaintiff to file "a response or

25   opposition to the pending motions by February 8, 2023. If a response or opposition is not filed by

26   that date, this case will be dismissed as to both defendants with prejudice for failure to prosecute

27   under Rule 41(b) and for the reasons outlined in the November 2022 Order."  Dkt. No. 32.

28         As of the date of this Order, plaintiff has not filed a response to the Order to Show Cause.

*United States District Court*
*Northern District of California*

1    Therefore, this case is DISMISSED WITH PREJUDICE for the reasons outlined in my prior

2    Order (Dkt. No. 22) and for failure to prosecute.  The Clerk shall close this case.

3         **IT IS SO ORDERED.**

4    Dated: February 22, 2023



William H. Orrick
United States District Judge

United States District Court
Northern District of California

2